UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION DIVISION

2006 APR 24  A 9:58

UNITED STATES OF AMERICA )
)
v. ) Case No.: CR206-20
)
THOMAS E. BELL, a/k/a "Grove," and )
Alicia Bell, a/k/a Alicia Banks )

## ORDER

In accordance with the Court's instructions at the arraignment in this case, all pretrial motions are to be filed within 10 days of the date of arraignment. The opposing party shall have 10 days to respond to any motion, except that in multiple defendant cases the government may file a joint response within 10 days after all defendants' motions have been filed.

Pretrial motions received by the Clerk outside the required period shall not be filed without leave of Court. Untimely motions will not be considered absent a showing of good cause for failure to file within the time set by the Court.

Counsel are instructed to file all requests to charge and proposed voir dire questions at least seven (7) days before jury selection. **If a defendant is in custody at the time of trial, it is the responsibility of counsel for that defendant to ensure that said defendant has appropriate attire to wear in the presence of the jury.**

**SO ORDERED** this 24th day of April, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)